**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Nina Y. Wang**

Civil Action No. 25-cv-04140-NYW
Bankr. No. 24-16918-KHT
Adversary Proceeding No. 25-01240-KHT

IN RE: MICHELLE D. LEE,

     Debtor.

_____

MICHELLE D. LEE,

     Appellant,

v.

BARRETT FRAPPIER & WEISSERMAN, LLP and NATIONSTAR MORTGAGE, LLC,

     Appellees.

─────────────────────────────────────────────────────────────

**ORDER DISMISSING APPEAL**

─────────────────────────────────────────────────────────────

On February 10, 2026, this Court granted Appellant an extension until March 31, 2026, to file a brief and appendix. [Doc. 11]. On March 24, 2026, this Court entered an order directing Appellant to file, by April 7, 2026, a memorandum on whether this appeal is moot in light of the Order Granting Motion to Dismiss in Appellant's underlying bankruptcy case. [Doc. 17]; *see* [Bankr. Case No. 24-16918, ECF No. 376]. This Court warned Appellant that "failure to respond to this Order may result in the dismissal of this appeal for failure to prosecute." [Doc. 17].

The deadlines to comply with the Court's orders have expired, without any filings from Appellant. Accordingly, the Court **DISMISSES** this appeal for failure to prosecute.

The Court's dismissal is subject to Appellant's right to cure the deficiency within the fourteen day rehearing period provided by Federal Rule of Bankruptcy Procedure 8022 by filing (a) a brief and appendix that complies with Federal Rules of Bankruptcy Procedure 8014 and 8018 and the related 10th Cir. BAP Local Rules and (b) a memorandum regarding whether this appeal is moot in light of the Bankruptcy Court's Order Granting Motion to Dismiss in Appellant's underlying bankruptcy case.

Accordingly, it is **ORDERED** that:

(1)    This appeal is **DISMISSED** for failure to prosecute; and

(2)    All pending motions are **DENIED** as moot.

DATED: April 10, 2026                    BY THE COURT:

_____
Nina Y. Wang
United States District Judge

2