**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Nina Y. Wang**

Civil Action No. 25-cv-04140-NYW
Bankr. No. 24-16918-KHT
Adversary Proceeding No. 25-01240-KHT

IN RE: MICHELLE D. LEE,

     Debtor.

_____

MICHELLE D. LEE,

     Appellant,

v.

BARRETT FRAPPIER & WEISSERMAN, LLP and NATIONSTAR MORTGAGE, LLC,

     Appellees.

_____

**NOTICE**
_____

Please be advised that the mandate for this case issued on April 28, 2026. The Clerk of the originating court shall file accordingly. Please contact this office if you have any questions.


**JEFFREY P. COLWELL Esq., Clerk of Court**

By:   <u>/s/ Jeffrey P. Colwell</u>
       Clerk of Court